IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERK L. ALLABEN,

      Appellant,

v.

JAMES T. KEENAN AND THE
LAW OFFICE OF JAMES T.
KEENAN, P.A.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-529

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Derk L. Allaben, pro se, Appellant.

Rutledge R. Liles and John A. Carlisle of Liles Gavin, P.A., Jacksonville, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., SWANSON and OSTERHAUS, JJ., CONCUR.